LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

July 9, 2021

**By ECF**
Honorable William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *United States v. Miner*, 20 Cr. 554 (WFK)

Your Honor:

      I write respectfully to submit one additional letter in advance of Joseph Miner's July 13 sentencing. The letter, attached as Exhibit A, is from Adam Walton, Mr. Miner's good friend and business partner. Thank you for your consideration.

                                       Respectfully submitted,

                                       /s/ Benjamin Silverman
                                       Benjamin Silverman
                                       *Attorney for Joseph Miner*

# Exhibit A

**Friday July 9 2012**

Honorable William F. Kuntz
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Joseph Miner

Dear Judge Kuntz:

My name is Adam Walton, I'm an established human resources professional as well as a property manager who aspires to run his own business. I have been one of Joseph's closest friends since childhood. We grew up just a stone's throw away from each other in Bayside, Queens. To date he is the oldest friend that I have and is someone that I trust my life with.

To summarize my friendship with Joseph over 20 years we started out playing basketball, riding bikes etc as kids to attempting to launch a business startup together as adults. We've been through everything from comparing report cards in middle school to applying for our first jobs in retail. We even have had the opportunity to travel to different cities in the country.

Joseph was always a likeable social extroverted individual. Being a Queens native he's always been able to get along with all walks of life. He also was very focused on building a good life and having a family. Up until the time of his arrest he was making moves towards that life. He recently got a new girlfriend and even got to meet her family on Mother's Day. I remember how excited he was, he told me how he got dressed up to ensure he made a good impression. Aside from that he was working full time to save up for his future. To this day, I still would consider Joe as a business partner. He has had years of experience working in various industries and he's able to learn things incredibly fast.

Joseph is someone who is open about his opinions and isn't afraid to speak up on his thoughts. After reading the posts and articles, the views expressed were hurtful. However, I do not believe Joe could ever pose a threat to anyone. There is no doubt that he made poor judgement, but again I do not believe he had any intention or even has the capability to cause harm to anyone. As a 30 year old focused on his job, his girlfriend and future, he had too much going in the right direction to throw away.

I still believe in Joe, that he can rebound from this and create the life that he was on his way to.

All he needs is to focus on his goals and to hang around people that are looking after his best interest only. I hope that you can consider this letter from me when making your decision. I wanted to make it in person but unfortunately I recently started a new job and am not able to take off any days for the first few months.

Respectfully,

Adam Walton